JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITONG HA,<br><br>   Plaintiff,<br><br>      v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>Defendants. | Case No.  2:23-cv-01198-JLS-AFM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 9)** |

   The Court, having read and considered the parties' Joint Stipulation to Stay the Case Pending Adjudication of Application (Doc. 9), and finding good cause therefor, HEREBY ORDERS that the instant action shall be stayed until November 29, 2023.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

DATED: April 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE